

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00071-CR

**SHEILA DEANN WRIGHT,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 16-23626**

## MEMORANDUM OPINION

Sheila Deann Wright appeals her conviction for exploitation of a child, or an elderly or disabled individual. *See* TEX. PENAL CODE ANN. §32.53. Because the trial court's certificate of right of appeal that Wright signed indicates Wright has waived her right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that this appeal must be dismissed, Wright may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Wright believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Wright desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeals dismissed
Opinion delivered and filed February 26, 2020
Do not publish
[CR25]

